To Courts

FILED
A18CV1009 RP
NOV 27 2; AM 8:22
CLERK U.S. DISTRIC COURT
WESTERN DISTRICT TEXAS
BY _____ DP

Nov. 27, 2018 ~update
I'm still indigent (In Forma Pauperis) *X6
Self-Representation like I was when filed
by mail from the U.S. Medical Center for
Federal prisoners' patient law library for
illegal detainment damages: inhumane treatment
(Not only stripping me naked & drugging me
up so I couldn't lift weights like all the
rest of the patients were doing, but at least
I tried to do my slanted push-ups but all it
took was a minute and I broke my 2 front
teeth loose on the bars (they had another male patient
who at least got off on their drug - he was all
muscle but looked like his plastic surgery on
his face got botched - as if they'd tried to give
him a slimmer face; trying to sell his body
like the guy who'd ripped me off on TV
pretending to be a heart/hrob; as if I'd give
in and prostitute myself - involving the news
as I'd told an old alcoholic who offered me
money for sex that "I charged a million dollars
or all night free as you can't buy love." I
was even too proud to tell anyone about my teeth
but that is the only time they gave me
medicine, telling me that I had "sexual
grandiose" as their psychiatric report.
✗ and they owe me "16 Billion/day - not just the days
✗6 U.S. Supreme Court

pg #2

I'd been stripped.

I proved later in Dallas' Federal Court that I was falsely detained (Illegally interfering with my right to sue by slander/force/fraud - violence at the poll; conspiracy with WRR/KRLD & President Ronald Reagan)) and was released immediately. They'd picked me up at my parent's home and I got to pursue my lawsuit as dad had his own law library (He got his law degree from Brookstone plus got the cases on constitutional law at the half-priced book store where of I found Scientific America with an article that showed me how to sing like Opera Singers do. I don't need him to testify to prove the Whitehouse had kidnapped me for sex.

The Dallas' police tried to force me to get rid of my Cadillac — as if that is why two queers kept kidnapping me with date rape drugs — even putting me in jail after I'd paid a ticket that pretended one of the cars lights were out...as if they were tired of bringing my car home) after 'Craig (a Bank of employee) — Roy Valdez ( an x-Ray Tech, that I worked with at Parkland Hospital long before) — David Adams ( a lab Tech at Baylor Hospital see cases on Constitutional laws that I mailed to the Whitehouse that says they owe me more damages.

pg #3

who'd told me that I was enough to make him give up his psych. meds as he was looking for someone who wasn't after him for his money & in all got reported

in and when I got rid of my Cadillac, and bought a VW bug — the queers that had got used by even the police started kidnapping me as the governor only offered them heroine with the sex in his mansion but not even John "B" Schneider can use me as "me love" — stalking me & oppressing me because the date rape drugs didn't ~~work~~ work.

--- Randal Grasso (Court Appointed Atty) forged my signature as he couldn't get me to sign away my constitutional rights in and then locked me up at the U.S. Medical Center in so the U.S. Supreme Court wrote me back telling me that I'd have to petition the Whitehouse in D.C. to get the billions I was owed in as if they weren't part of destroying my constitutional Dan White was the nut that he used who pretended I could use heroine & dream of love and settle for just luxuries in some get rich quick scheme) — but I wouldn't even share my Blues Lagoons with Chris Atkins, & would have much more to replace the queer who used Melba Moore to bankrupt me I'll win on my own

pg #4

rights; to petition Congress & for redress
(payment) of grievances—not having the President
to decide if I'm owed as they added at the
end that if no President paid me before I
die, that they'd give the billions to my
parents.
They were not supposed to play politics with
my lawsuit(s) just because President Ronald
Reagan thinks he got by with locking me
up as I turned him down when I went to
DC. & wouldn't go in when invited in to
get "fucked" —I'd sent him a telegram that
I was coming to get the money the
govt owed me for his getting on KRLD
and inviting me to his California Ranch
...like all the queers had tried—even
getting on TV and proposing to me) when
I slept in a motel—Freeing from the
queers in Dallas—even Hughley Hospital
tried to cover up & drugged me—— as
if I'd go to bed with my mother
—pretending it was as innocent as
the vinegar used to rape Lot.
                              Randal Wardee

The President is head of Congress

President(s) see Pres. Donald Trump even pretends he'll
be dead before he is locked-up & take everyone to his grave

Randal Wardle                    Nov. 27, 2018
        vs

U.S. Medical Center for Federal Prisoners
P.O. Box 8000 (1900 W. Sunshine)
Springfield, Missouri 65807


... minimum I'll settle for from damages
I'm owed (as filed in the U.S. Supreme
Court ~1985)


Make president Donald Trump come
here and pay me immediately or
wire this settlement to me as soon
as I get money to open my own personal
bank account (~~~~~~~~~~~)


I   $50 Billion down (fifty billion dollars)
II  $180,000,000/month; starting last Nov. 1, 2018;
    for 300 years
III All the gold - 24k - - and Pure
    Platinum I need to build/decorate/ &
    furnish my home I designed for
    myself
IV  No taxes of any kind for 300 years
V   Honorary MBA/Doctorate of Law
    degrees from Harvard
VI  Make H·E·B & All Central Market Grocery

Stores give me all assetts (I'll reincorporate
as a Sub chapter S Corporation --- I'll be
the only stock holder. They'll have to give
me all 100% of cash accounts / deeds to
Stores / all inventory (no more donations to
charitable foundations) & make sure all
bills are paid -up to date ... all bank loans
will be thrown away so I don't have to
take over the banks too.

   Most of the pre-ferred stockholders
will only lose their stock but can't start
stealing or keeping hidden assets even by
the management... I will have them all
audited if they want me to cooperate,

                              Randal Wardle
                              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


P.S.  Make the SS office give me my ~~the~~ PW ~~PSO~~ RW
$150,000 in back pay instead of paying me
additional benefits after They paid my every one else
& lockup Pastor Mark @ Sunrise Church
if he, doesn't buy me all the food, at
Central Market (lots) 1 time —today &
not steal any of my money... He's using
the SS office to lie & then pretend he's my
payee,

NOV 24, 2018    pg#1 of 0

I'm still indigent (In Forma Pauperis) & Self-Representation like I was even at the U.S. Supreme Court after the Fed. Court attorney forged my signature to pretend I'd agreed to give up my constitutional rights - and then locked me up ... and the U.S. Supreme Court wrote me back - telling me that I'd have to petition the Whitehouse to get the billions I was owed (asking for a minimum of $6 Billion/day in my Habeaus Corpus I mailed them ... as if they weren't part of destroying my constitutional rights; to petition congress for redress (payment) of grievances - not leaving it up to them to decide if I'm owed as they added at the end that if No President paid me before I die, that they'd give the billions to my ~~parents~~ parents

They were not supposed to play politics with ~~they~~ my lawsuit just because President Ronald Reagan had me locked up as I turned him down when I was in D.C. & wouldn't "~~come~~ in to get fucked" when I arrived - sending them a telegram ~~Randall Wardle~~

⟹ - see 4pg update* of Nov 28, 2018

~~⟶ this pg~~, * of this pg

pg # 2 of 10

Nov. 27, 2018

Randal Wardle vs. *

Seductive Harassment Oppression Damages
- conspiracy.

Contact the: Austin City Police Dept
            : Travis County Sherrifs
            : Sugar Land Police Dept
... and give them the option of coming here and
settling with me out of Court - not pretend they
can afford anything & drag it out any longer.
... it is a $500 Billion lawsuit that I submitted
to the U.S. Supreme Court - asking only $6 Billion/day
for stripping me naked like a criminal ... admitting
more guilt with some psychiatric report that
said I had sexual grandiose ; (after the U.S.
Supreme Court had already awarded me damages
... but trying to send me back to the Whitehouse
to get paid - as if I'd at least strip for
a President to get that much money ... Parkland
Hospital & Baylor Hospital had taunted me I'd
have to go to bed with them to get a job &
Methodist Hospital pretends I sold it too
cheaply and should have sold my body like.
all Dallas' 20¢ gay prostitutes & had the
ABPT & TRPT stop out my medical licences
- telling me in writing that I had bad
credit .. and of course President Ronald
Reagan invited me into the White house

* Federal Court (956) 1/00 Commerce St Dallas, TX & conspirators

pg # 3 of #0

to get Fucked when I went to Washington, D.C.
to sue the Federal Government for a mere
$150,000,000 — he can't pretend it is his
private life; getting on KRLD radio and
inviting me to his California ranch to get
Fucked.

This is the minimum that I need
from them right Now:

I. $15,000 cash, & take me shopping for
food (H.E.B—etc.) Central Market—not your food that I'm
being mutilated on... trying to turn me into
a Doing legged whore like Arnold Schwarzenegger:
as if the TV/Radio will get by cheaply as I
wouldn't even strip for Hugh Hefner who
claimed that he wouldn't be too hard
on me... who cares if the TV/Radio had tried to
rip me off — a heartthrob... taunting me I'd have
to marry the queer I'd already turned down
... taunting me he'd give in and be my man
(wearing nothing but a fake handlebar mustach on
his poster on the TV news) as if Nobody would
let him sell his body as Nobody cares if
even Bradley K. Loller - Assistant D.A. has an
ass ... using me as his ticket to get rich —
—pretending I'd only turned down the rich
Dallas County & close to Sunnie Church



pg # 4 of 80

David Adams because he was ugly (he'd tried everything from offering me a drink after I wouldn't let him kiss me) but I refused and resorted to even date - rape -drugs in taunting me his mother had gotten by with murdering her husband for his Mansion and insurance company & he was after someone that wasn't after him for his money - promissing me he could take me home) with him to his Highland Park Mansion.

II. Take me & my purchases & belongings to the best hotel in town — not to be harrassed by employees; as if I'm being spoiled (only help me when requested — I'll leave my dirty bath towels outside the door & they can leave clean — including bar soap & shampoo (only if I need it as they don't have the right kind that I use), If I need my bed linens changed, I'll tell them when I'll be there to let them in.
— unlimited stay...

III. Contact the Governor (State of Texas). I left a hand delivered letter @ his gate on Saturday @ the Governor's mansion & they only drug the sheriffs in again to run me off where I had to

pg #5 of #10

sleep for the night. They had allready been
informed long ago that they owed me a
minimum of $6 Billion in damages ... so they
tried another scheme then Washington, D.C.
— admitting they didnt have love to offer me
& told me they'd sell me a billion dollars of
heroine — as if I would have had to pay
for sex anyway when they get through
with me — taunting me they didnt
enjoy sex with America's children who
were trying to use them for their
money ... But I' can't be drug in
as I turned down all the men who
used even the ballet dancers (adults)
for sex ... I did lift 500lbs by then,
and didnt care if these ugly men
had given their car to "gay prostitutes"
like they taunted me after I turned
them down in the steam room after I
finished lifting weights

I must have a minimum of $2.5 Billion like
I agreed to settle for it they paid me immediately
plus an additional $1Billion for using the
Sherrifs (who's offices were closed) to threaten
to murder me.                    RW

They ~~All forget~~ about going to Washington,

pg # 6 of 10

DC.; as it will be enough for me to live on until Christ's expected 2nd coming —not worship money... so None of you atheists will get a bribe... They'll just save money but will have to impeach President Donald Trump immediately and lock him up in Prison for a min. of 20 years for attempted murder—who cares if he needs money to live on too... it's not some divorce settlement like Judas bankrupted him with.

Randal Wardle
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

I'll need help getting my DL70 renewed — they locked me up a few days before it was supposed to be renewed ...all I have is an ARCH ID that the Sunrise Homeless Navigation Center made for me (church on 4430 Manchaca Rd) and my Food Stamp card that they got me last week but they won't even let me buy vitamins NOR protein powder that I lived on at home (O15 grams of fat & low carbs), —trying to steal my government checks

pg # 20590

like the state had done for almost 5 years
- lying after I got to the SS office - telling
them they'd have to make them my
payee - so I walked out and in a few
minutes they came out and took me
back to Sunrise and dropped me off
in and even today - the Salvation Army
on Manor Rd promissed to take me
where I could get a shower after they
ate their meal after Sunday Services and
then afterwards told me they could
only drop me off out front & NO guarantee
I could even get a shower let alone shelter
for the night in so, I left & walked to
the bus stop and a white guy offered to
take me to to Republic Square when
I asked him - he was bringing me
a bottle of water from the bus stop
- my pass expires by tomorrow & I have
NO transportation to get even to Palm
Square nor the Methodist church who have
both given me a 31 day bus passes but
NO money to buy food - and even H.E.B
called the Austin Police when a Heather walked
up and offered to buy me any food I wanted
inside plus she brought me a Ring Notebook

pg#8 of 10

a pkg. of pens/etc. and the police me in handcuffs after stalking me off the premises as they told me to leave & told me that they would lock me up if I even came to that shopping center within a year - telling me H·E·B owned the whole shopping center ... pretending they'd allready taken my sign down asking for charity days before (and someone had just walked-up and offered me charity without even asking my name like I'd had on my sign) I don't even waste my time begging on these streets like the homeless and had only put up my sign once and left without it NOR getting any money.

... so you could ask the H·E·B chain if they'd settle out of court too and let me have all the free food/merchandise I want for life — they are the only store that has the Nonfat protein powder that I want ... also, they will have to give me a $3,500⁰⁰ (check payable to; Swanson Health Products (once a year) mail order for my natural vitamins where I'd been ordering for years before being locked-up & still can't be part of my success as Mrs. Adams threatened to mutilate me as I wouldn't go to bed with her son David & the rest of the queers I'd turned down told me I'd have to do them if I wanted to live - putting me out of business as an X-Ray Tech and got on the News to pretend they were me - a heartthrob that John "Bo" Schneider of the Dukes of Hazard stole my love songs but not my heart - just words to him and even Kini Dawson tried to swindle me - as if

I was no better then her "20th gay prostitutes as I wasn't a virgin (treating me like a girl) & Republic Bank (Bank of America) who'd helped a queer forge my signature to bank loans and confiscate all my paychecks with all the overtime pay - as if I'd agree to pay it back anyway... but I filed chapter 13 bankruptcy when they got me fired at Parkland and then sent me a payment book from the bank ... so tried to get part of the loot and my banker @ the Casa View branch who'd given me my car loan - pretended Martin had only married me for money (he's the one) that lived in University Park & I'd allready turned down the guy with the beautiful body (Bradley K. Collar - Assistant D.A.) as he lived in the slums like my parents (even Dad had his own law degree) and I kept my virginity but am still not a girl but had gone to college - my brother had been kicked out of church's high school for taking all the girls virginity and doesn't even have a GED... so slandering my name wont get me into bed even at church nor extort me out of the billions I'm owed.

I'm not even a queen just because I backslid once or twice after returning to church (1981) - not joining some some "gay church" nor Unity... eventually paying 20% of my my income to the Seventh-day Adventist

pg# 10 of 10

church as I had heaven on earth - working at the Baptist Hospital @ 3500 Gaston Ave. only 40 hrs./ week instead of being used by the queers who all turned out to be prostitutes like my grey haired Martin pretended he was competing with - shoplifting even at Neiman Marcus as he only earned $2,000/ month at the Apparel Mart (no commissions) and even pretending he was starting his own company & tried to sue his boss for firing him - trying to prove he didn't need his job back like Victor Costa had offered him with back pay & even Les Wilks had hired him after he stole all the bank loan money that he was supposed to be using for Melba Moore's fashion line - buying everyone else's stocks (he didn't hang onto the warrants) I found them hidden under all the trash on his dining room table with a letter he signed as a new AA member promising to pay me back everything he owed me someday. I didn't try to find out what he meant but tore it up. He'd even tried to drag me back into silver futures and I luckily got out without losing everything but liquidated - not adding more money like they'd begged for (Stetter & Company)

Randal Wardle

Copy to Salvation Army

I am presently supposed to be paid
by the Whitehouse (in Washington, D.C)
—The U.S. Supreme Court told me to
petition (not an opinion poll) the President
of the United States (Head of Congress)
to get the billions they owed me
—the Federal Court in Dallas had allready
forged my signature to lock me up
& pretends they can take over my
Habeaus Corpus - but I'd mailed it
to the U.S. Supreme Court from
the U.S. Medical Center for Federal
Prisoners & they wrote me back with
the above decision.
... obviously they didn't leave it up to
the President to decide if I live or
die —just because my parents &
brothers and sisters wanted a wrongful
death suit long before & I didn't
even need my dad even if he had
a law degree but refused to work
and got greedy when I bought my own
Cadillac and then sold it later and bought

a smaller car that I couldn't drive him
and mother to church in

... and I had to throw out my Gucci
Wallet and belt — it may have been cheaper
then the Cadillac but I was tired of
all the rich of Dallas harrassing me — offering
me $20⁰⁰ for sex

... and that egged on my own church to
pretend that I didn't want luxuries
or I would have prostituted myself for
them — telling an old man who'd asked me
if I'd go to bed with him for $20⁰⁰ or
$26⁰⁰ all night — that I charged a
million or all night free as he couldn't buy
love.

... and as Parkland Hospital pretended they'd
only denied me my right to buy and sell
(but the shoplifter* at Neiman Marcus who
he was fighting over who I should have
sued instead of him was not going to
help him escape prosecution with Religious
Persecution and oppression)
... so my own church even tried to use

* my x⁶ x - lover

Quit ending the world and pay me ~ Noah & Enoch
both lived on earth but I haven't even had 300 years.

that scheme to swindle me:

taunting me I'd have to bankrupt over
God to prove I loved him as much as I'd
loved whoever bankrupted me - egging on
Robert Lester - Supervisor @ Parkland to claim
that I'd grown fond of him & Dr. Sears
of Baylor Hospital to tell me I'd have to
go to bed with him to get a job

I didn't ask my parents to support me
and she went to the SS office and had
them put me on disability -treating me like
a whore with the psychiatric report from
the Medical Center that said I had sexual
grandiose & made them make her payee
—only to be stopped *if I got a real job.
... so she's used the State (Terrell State Hospital)**
to murder me with heroine like her cousin
Donna (Myers) Ashley claimed the queers her
husband hung out with overdosed her husband
so she could run off and marry a rich
University Park man ...
... but as I only fainted from loss of blood, they
after 90 days **and the U.T. Health Science Center @
Tyler