IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RANDAL WARDLE, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:18-CV-1009-RP |
| TERRELL STATE HOSPITAL, et al., | § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On this date, the Court issued an order adopting the Magistrate Judge's report and recommendation and dismissing Plaintiff's complaint with prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on April 17, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE